**RECEIVED**
CHARLOTTE, N.C.

JUN 0 7 2005

Clerk, U.S. Dist. Court
W. Dist. of N.C.

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:04CV427

| | |
|---|---|
| LADONNA BLACKWELL, ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| NOVANT HEALTH, INC, ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court upon Consent Motion for Revised Scheduling Order upon considering said Motion which is consented to by all parties, and it appears to the Court that the Motion should be granted and that the date for completion of all discovery should be extended from July 1, 2005 through September 1, 2005.

**IT IS, THEREFORE, ORDERED** that the Consent Motion for Revised Scheduling Order is hereby **GRANTED**.

This the 9th day of June, 2005.

United States District Court Judge Presiding

3JAH:325200 v2